UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PS

_____

PRINCE BARHPAGGA,

          Petitioner,

     v.

CHAD WOLF, *Acting Director, Buffalo
Federal Detention Center*;
MARKWAYNE MULLIN, *Secretary,
Department of Homeland Security*;
TODD LYONS, *Acting Director, U.S.
Immigration and Customs Enforcement*;
MARCO RUBIO, *Secretary of State*,

          Respondents.

_____

6:26-CV-6455 (JLS)
ORDER

     Petitioner Prince Barhpagga is a civil immigration detainee currently detained at the Buffalo Federal Detention Facility.  Through counsel, Petitioner claims that he is being detained in violation of the United States Constitution and federal laws.  *See* Dkt. 1.  He paid the $5.00 filing fee.

### ORDER

     IT IS HEREBY ORDERED that by **June 8, 2026**, Respondents shall file and serve an **answer** responding to the allegations in the Petition; and it is further

     ORDERED that by **June 8, 2026**, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that by **June 8, 2026**, instead of an answer, Respondents may file a **motion to dismiss** the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that Petitioner shall have until **July 3, 2026** to file a **written response**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

SO ORDERED.

Dated:      April 24, 2026
            Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2