AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western    District of    New York

| | | |
|---|---|---|
| Prince Barhpagga | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    6:26-CV-6455-JLS |
| Chad Wolf, et al | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☒ other:    judgment granted in favor of Petitioner against Respondents and the case is closed. _____ . _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge    John L. Sinatra, Jr. _____ on a motion for   N/A _____ .

Date:        07/14/2026 _____                    *CLERK OF COURT*

                                        s/Andrew W. Moeller
                                        _____
                                        *Signature of Clerk or Deputy Clerk*